# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| FELICIA D. PHILLIPS, | CIVIL NO. 6:10-CV-53 |
| *Plaintiff,* | |
| v. | O R D E R |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the court on consideration of the parties' cross-motions for summary judgment (docket nos. 12 and 14), the Report and Recommendation ("Report") of United States Magistrate Judge B. Waugh Crigler (docket no. 17), Plaintiff's objections (docket no. 18), and the response (docket no. 19) thereto filed by the Commissioner of Social Security ("Commissioner"). As explained in the accompanying memorandum opinion, Plaintiff's objection to the magistrate judge's Report fails because it lacks the specificity required by Rule 72, and after reviewing the record, I nonetheless find that substantial evidence supports the administrative law judge's determination.

Accordingly, it is hereby ORDERED as follows: Plaintiff's objections are OVERRULED; the magistrate judge's Report is ADOPTED *in toto*; the Commissioner's motion for summary judgment is GRANTED; Plaintiff's motion for summary judgment is DENIED; and this action is DISMISSED and STRICKEN from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record and the United States Magistrate Judge B. Waugh. Crigler.

It is so ORDERED.

Entered this 25th day of October, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE